## HOOK v. HAUGHEY, Sheriff.

Court of Common Pleas.   New Castle.   May, 1810.

*Clayton's Notebook, 28.*

BOOTH, C. J.   That act of fraud being wholly unconnected with the present case, the proof of it cannot be admitted, nor would it be even presumptive evidence against the plaintiff if it could be admitted.   Phill.Ev. 133.